# ATTACHMENT 1

FILED/REC'D

2025 APR 22 P 4: 16

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## COMPLAINT FORM

### (for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Wisconsin_
_Robert W. Kastenmeier U. S. Courthouse_

(Full name of plaintiff(s))

_John Lattimore_

_1321 Temkin Ave #8_

_Madison, WI 53705_

vs

Case Number **25 CV 312 WMC**

(Full name of defendant(s))

_Officer Daniel Withee_

_Officer Roettger_

_Middleton Police Department_

_City of Middleton, WI_

_____
(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_1321 Temkin Ave #8 Madison, WI_
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant Officer Withee, Roettger, MPD, and City of Middleton
(Name)

is (if a person or private corporation) a citizen of _____Wisconsin_____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Middleton Police Department 7341 Donna Drive Middleton, WI
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On October 30, 2024, while plaintiff John Lattimore was driving his car to work in Middleton, Wisconsin, officer Withee exited his vehicle to identify the plaintiff as he drove past the officer and yelled, "Go Fack Yourself" The plaintiff returned to the scene to address the officer's clear intent to identify him. Officer Withee informed the plaintiff he created a disturbance with his speech because children were crossing the road. The defendants decision violated the plaintiff's 1st Amendment Protections.

Attachment One (Complaint) – 2

Officer Roettger arrived and supported the civil rights. Violation. Officer Roettger had a duty to intervene and not doing so violated ~~my~~ the plaintiff's 8th Amendment right and 14th Amendment right.

Both defendents embarrassed me in view of everyone who passed and assumed the Plaintiff ~~I~~ had committed a crime during the conversation and once the plaintiff ~~I~~ had recieved a citation. The defendents were aware of the plaintiffs civil rights from training in the academy and from the remainder given from plaintiff.

Defendents also caused ~~me~~ the plaintiff to be late to work by 2 hours. ~~To prese~~ Plaintiff had to preserve dashcam evidence and argue for his rights in public to prevent litigation in a courtroom. This violation of civil rights has added an unneccesary artificial gravity to the plaintiff's existence and it is a distraction from the reality of the stalking harassment the police department has participated in for several years.

Plaintiff would like damages for the civil Rights violation, embarrassment, and therapy.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to order compensatory damages for emotional distress, psychological harrassment, and lost wages in the amount of $2,000.00. I would like the court to award punitive damges for the purposeful attempt to get me to retaliate in a criminal manner to a very obvious civil rights violation in the amount of $8,000.00. I believe the entire sum is a strong remainder that police officers should not be abusing their authority or using their resources to create a hostile enviroment for me to live in. This lawsuit is meant to apply pressure for improvements!

E.    JURY DEMAND

☑  Jury Demand - I want a jury to hear my case
                OR
☐  Court Trial – I want a judge to hear my case

Dated this ___9ᵗʰ___ day of ___Febuary___ 20 _25_ .

Respectfully Submitted,

_____
Signature of Plaintiff

___608-733-8446___
Plaintiff's Telephone Number

___jmlaHimoreiii@gmail.com___
Plaintiff's Email Address

___1321 Temkin Ave #8___
___Madison, WI 53705___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.